IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


MICHAEL TEREL JONES,                          :

       Plaintiff,                            :

  vs.                                          Case No. 3:04cv373
                                               :
GENERAL MOTORS CORPORATION,                   JUDGE WALTER HERBERT RICE
et al.,                                       :

       Defendants.

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS ON REMANDED MATTERS (DOC. #80) AND OVERRULING PLAINTIFF'S PARTIAL OPPOSITION/OBJECTIONS THERETO (DOC. #81); MORAINE ASSEMBLY PLANT DISMISSED AS PARTY DEFENDANT TO LITIGATION; PLAINTIFF'S CLAIMS AGAINST DR. MARK REYNOLDS RECAST AND DISMISSED, WITHOUT PREJUDICE TO FILING IN A STATE COURT OF COMPETENT JURISDICTION; HAVING PREVIOUSLY GRANTED MOTIONS FOR SUMMARY JUDGMENT OF DEFENDANTS IUE-CWA LOCAL 798 (DOC. #63) AND GENERAL MOTORS CORPORATION (DOC. #66), JUDGMENT IS ORDERED ENTERED IN THEIR FAVOR AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority set forth in the Report and Recommendations on Remanded Matters, filed by the United States Magistrate Judge on March 31, 2007 (Doc. #80), as well as upon a thorough review of this Court's file and the applicable law, said Report and Recommendations on Remanded Matters are adopted in their entirety.  Plaintiff's Partial

Opposition/Objections to said judicial filing (Doc. #80) are overruled.  The Defendant Moraine Assembly Plant, even assuming, *arguendo*, that same is *sui juris*, is dismissed as a party defendant, based upon the reasoning set forth by the Magistrate Judge in his Report and Recommendations on Remanded Matters.  The Plaintiff's claim against Dr. Mark Reynolds, a Defendant now in default, is deemed by this Court not to be a claim sounding in medical malpractice, but one sounding in libel and slander.  Given that all federal claims in this case have been adjudicated against the Plaintiff, the Plaintiff's claims against Dr. Mark Reynolds, recast as claims for libel and slander, are dismissed, without prejudice to refiling in a state court of competent jurisdiction.  <u>Province v. Cleveland Press Publishing Company</u>, 787 F.2d 1047 (6th Cir. 1986).  While this dismissal allows Plaintiff to refile his claim against Dr. Mark Reynolds in state court (a copy of this Opinion should be attached thereto), Plaintiff is directed to the applicable state statute of limitations pertaining to the claims against Dr. Reynolds.

The Court having previously sustained the Motions for Summary Judgment of Defendants IUE-CWA Local 798 (Doc. #63) and General Motors Corporation (Doc. #66), judgment is ordered entered in favor of those Defendants and against Plaintiff herein.  The Judgment Entry to be prepared by the Clerk of Courts Office should incorporate not only the judgment entered in favor of said Defendants, but should also note this Court's dismissal of the Moraine Assembly Plant as a Defendant and the dismissal of Plaintiff's claims against Dr. Mark Reynolds,

without prejudice to refiling in a state court of competent jurisdiction.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 25, 2007

/s/ Walter Herbert Rice
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Michael Terel Jones, 3423 Shiloh Springs Road, Apt. I, Trotwood, OH 45426
Jeffrey Scott Shoskin, Esq.

Chief Magistrate Judge Michael R. Merz