# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL TEREL JONES,

          Plaintiff,               :       Case No. 3:04-cv-373

                             :       District Judge Walter Herbert Rice
    -vs-                                 Chief Magistrate Judge Michael R. Merz

GENERAL MOTORS CORPORATION,
 et al.,

                             :
          Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON PLAINTIFF'S
## MOTION FOR RELIEF FROM JUDGMENT

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 87), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 22, 2008, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that Plaintiff's Motion for Relief from Judgment (Doc. No. 86) be, and it hereby is, DENIED.

September 25, 2008.

                                Walter Herbert Rice
                          United States District Judge